UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff )<br>                )<br>vs.            )<br>                )<br>Dale Stamper, et al.    )<br>                )<br>        Defendant(s) ) | CRIMINAL NO. 07MJ2683<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Stormes**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted /) Case Disposed / Order of Court).

Abel Valderrama-Ortiz

DATED: 11-28-07

RECEIVED _____
              DUSM

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
    by  _Perrault_
            Deputy Clerk