| | |
|---|---|
| 1 | **JACK J. BOLTAX** |
| | California State Bar No. 105490 |
| 2 | 1202 Kettner Boulevard |
| | Suite 6200 |
| 3 | San Diego, CA  92101 |
| | Telephone:   (619) 233-5129 |
| 4 | e-mail:       jboltaxlaw@gmail.com |
| 5 | Attorney for HUGO ISRAEL RODRIGUEZ-ARZATE |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  07-CR-3218-JM |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION AND MOTION |
| | ) | TO 1) COMPEL DISCOVERY, 2) FOR |
| vs. | ) | LEAVE TO FILE FURTHER |
| | ) | MOTION, AND 3) FOR JOINDER |
| HUGO ISRAEL RODRIGUEZ-ARZATE, | ) | |
| | ) | DATE:   January 11, 2008 |
| Defendant. | ) | TIME:    11:00 a.m. |
| | ) | DEPT:   Hon. Jeffrey T. Miller |
| | ) | |

TO:   HONORABLE JEFFREY T. MILLER, U.S. DISTRICT COURT JUDGE; SOUTHERN DISTRICT OF CALIFORNIA; THE UNITED STATES ATTORNEY'S OFFICE, U.S. ATTORNEY KAREN C. HEWITT; ASSISTANT U.S. ATTORNEY AARON B. CLARK.

    Hugo Israel Rodriguez-Arzate, by and through his attorney Jack J. Boltax, will make motions to compel the production of discovery and for leave to file further motions, at 11:00 a.m. on January 11, 2008, before the Honorable Jeffrey T. Miller, at the United States District Court, Southern District of California, 940 Front Street, San Diego, California 92101.

///

///

///

1  These motions will be based on this notice, the attached memorandum of points and
2  authorities in support thereof, and any and all matters and evidence properly introduced
3  before the court at the time of the hearing on these motions.

5  Date: December 28, 2007    Respectfully submitted,

     /s/ Jack J. Boltax
7    JACK J. BOLTAX
     Attorney for Defendant
8    Hugo Israel Rodriguez-Arzate

1:\Boltax\Rodriguez-Arzate.MTC-Not 122807.wpd

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading:

NOTICE OF MOTION AND MOTION TO 1) COMPEL DISCOVERY, 2) FOR LEAVE TO FILE FURTHER MOTION, AND 3) FOR JOINDER; DEFENDANT'S MOTION TO COMPEL DISCOVERY; 2) FOR JOINDER AND 3) FOR LEAVE TO FILE FURTHER MOTIONS

is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE NO. 07-CR-3218-JM**

1. **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

Aaron B. Clark           aaron.clark@usdoj.gov


Date: December 28, 2007        /s/ Jack J. Boltax
                               **JACK J. BOLTAX**
                               Attorney for Defendant
                               HUGO ISRAEL RODRIGUEZ-ARZATE
                               California State Bar No. 105490
                               1202 Kettner Boulevard, Suite 6200
                               San Diego, CA  92101
                               Telephone:   (619) 233-5129
                               e-mail:  jboltaxlaw@gmail.com