```
FILED
APR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY
```

KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant United States Attorney
California State Bar No. 239764
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6787

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO ISRAEL RODRIGUEZ-ARZATE (3),<br><br>Defendant. | Criminal Case No. 07CR3218-JM<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant United States Attorney, and defendant HUGO ISRAEL RODRIGUEZ-ARZATE, with the advice and consent of defense counsel, Jack Boltax:

1. Defendant agrees to execute this stipulation and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2. The material witnesses in this case:

   a. Are aliens with no lawful right to enter or remain in the United States;

   b. Entered or attempted to enter the United States illegally on or about November 15, 2007;

   c. Were found in a boat driven by defendant Dale Stamper in the Pacific Ocean, approximately ten miles North of the International Border at position 32° 42'N 117° 21'W, and that

1  defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right
2  to enter or remain in the United States;

3        d.    were paying between $3,500.00 to $4500.00 to individuals associated with
4  defendant to be brought into the United States illegally and/or transported illegally to a destination
5  therein; and,

6        e.    May be released and remanded immediately to the Department of Homeland
7  Security for return to their country of origin.

8      3.    After the material witnesses are ordered released by the Court pursuant to this
9  stipulation and joint motion, if defendant withdraws his guilty plea to the charge of bringing in an
10 alien without presentation, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii), defendant agrees that in any
11 proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral
12 attack, that:

13       a.    The stipulated facts set forth in paragraph 2 above shall be admitted as
14 substantive evidence;

15       b.    The United States may elicit hearsay testimony from arresting agents
16 regarding any statements made by the material witness(es) provided in discovery, and such
17 testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements
18 against interest of (an) unavailable witness(es); and,

19       c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),
20 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
21 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
22 waives the right to confront and cross-examine the material witness(es) in this case.

23     4.    By signing this stipulation and joint motion, defendant certifies that defendant has
24 read it (or that it has been read to defendant in defendant's native language). Defendant certifies
25 further that defendant has discussed the terms of this stipulation and joint motion with defense
26 counsel and fully understands its meaning and effect.

27 //

28 Stipulation of Fact and Joint Motion for Release of
   Material Witness And Order Thereon in
   United States v. Rodriguez-Arzate (3)        2        07CR3218-JM

1    Based on the foregoing, the parties jointly move the stipulation into evidence and for the
2 immediate release and remand of the above-named material witness to the Department of Homeland
3 Security for return to his country of origin.
4    It is STIPULATED AND AGREED this date.

5                                              Respectfully submitted,

6                                              KAREN P. HEWITT
                                               United States Attorney
7

8 Dated: 3/27/08      .

                                               AARON B. CLARK
9                                              Assistant United States Attorney

10
   Dated: 3/27/08     .
11
                                               JACK BOLTAX
                                               Defense Counsel for Hugo Israel Rodriguez-Arzate
12

13 Dated: 3/27/08     .

                                               HUGO ISRAEL RODRIGUEZ-ARZATE
14                                             Defendant

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 4-10-08.

HONORABLE NITA L. STORMS
United States Magistrate Judge