# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|         Plaintiff      ) | CRIMINAL NO. _O7CR3218-JM_ |
|                 ) | ORDER |
|       vs.        ) | RELEASING MATERIAL WITNESS |
| Dale Stamper, et al.   ) | |
|                 ) | Booking No. |
|      Defendant(s)   ) | |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Leonardo Buenrostro-Torres

DATED: 4-11-08

RECEIVED _____
            DUSM

**NITA L. STORMES**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
          Deputy Clerk