# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  07CR3218-JM
  )
vs )  ABSTRACT OF ORDER
  )
Hugo Israel Rodriguez- )  Booking No.  06568298
Arzate (3) )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __July 11, 2008__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

JEFFREY T. MILLER
UNITED STATES MAGISTRATE JUDGE

OR

Received_____  W. SAMUEL HAMRICK, JR.   Clerk
        DUSM            by
                                                Deputy Clerk

Crim-9  (Rev 6-95)                                          ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY